UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KEVIN D. SUTTON,

Petitioner,

v.

WARDEN RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00233-MMD-CBC

ORDER

Petitioner has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus pursuant. The Court finds that Petitioner is unable to pay the filing fee.

Petitioner styles his petition under 28 U.S.C. § 2241. However, he is in custody under a judgment of conviction of a state court, and he challenges the validity of that custody, particularly the sentence enhancement for use of a deadly weapon under NRS § 193.165. Therefore, 28 U.S.C. § 2254 governs this action. After reviewing the Petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court dismisses this action.

Petitioner has challenged his custody pursuant to the same judgment of conviction in *Sutton v. Farwell*, No. 3:04-cv-00498-HDM-RAM. The Court denied that Petition on its merits. Petitioner appealed, and the court of appeals affirmed. The Petition in this action is a second or successive petition as defined in 28 U.S.C. § 2244(b). Petitioner must first obtain authorization from the court of appeals before this Court can consider his Petition. 28 U.S.C. § 2244(b)(3).

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is granted. Petitioner need not pay the filing fee of $5.00.

It further is ordered that the Clerk of the Court file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It further is ordered that this action is dismissed as an unauthorized second or successive petition. The Clerk of the Court is directed to enter judgment accordingly and close this action.

It further is ordered that a certificate of appealability will not issue.

DATED THIS 15th day of October 2018.

                    MIRANDA M. DU
                    UNITED STATES DISTRICT JUDGE